**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Demarco Hughes,                                     Civil No. 13-1319 (DWF/JJK)

           Plaintiff,

v.                                                **ORDER ADOPTING REPORT**
                                                   **AND RECOMMENDATION**

Georgina M. Goynes,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 26, 2013. (Doc. No. 27.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Jeffrey J. Keyes's November 26, 2013 Report and Recommendation (Doc. No. [27]) is **ADOPTED**.

2. Plaintiff's Motion for Default Judgment (Doc. No. [16]) is **DENIED**.

Dated: December 19, 2013                s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                            United States District Judge