## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Demarco Hughes,                                    Civil No. 13-1319 (DWF/JSM)

          Plaintiff.

v.                                                 **ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION**

Georgina M. Goynes,

          Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 21, 2016.  (Doc. No. 53.) No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.    Magistrate Judge Jeffrey J. Keyes's March 21, 2016 Report and Recommendation (Doc. No. [53]) is **ADOPTED**.

2.    Plaintiff is **GRANTED** damages in the amount of $11,953.00.

3.    Damages for all other claims are **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 28, 2016            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge